PRICE, APPELLEE, *v.* HENRY; BASINGER ET AL., APPELLANTS.

[Cite as *Price v. Henry* (2000), 89 Ohio St.3d 521.]

(No. 00–629—Submitted July 25, 2000—Decided August 3, 2000.)

*Betty D. Montgomery*, Attorney General, and *M. Scott Criss*, Assistant Attorney General, for appellants.

The discretionary appeal is allowed, the judgment of the court of appeals is reversed on the authority of *Woods v. Telb* (2000), 89 Ohio St.3d 504, 733 N.E.2d 1103, and the cause is remanded for judgment consistent with *Woods*.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, J., dissents.